Vernley R. STRICKLAND, Appellant-Appellee, v. MESECK STEAMBOAT CO., Appellee-Appellant.

No. 360.

Circuit Court of Appeals, Second Circuit.
June 5, 1939.

Harry Eisenberg, of New York City (Jacob Rassner, of New York City, of counsel; Charles J. Hyman, of New York City, on the brief), for plaintiff.

Macklin, Brown, Lenahan & Speer, of New York City (Leo F. Hanan, of New York City, of counsel) for defendant.

Before L. HAND, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.
Judgment affirmed.